**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
        bscott@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VICTORIA BROWN and HEATHER BLUM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORTON SALT, INC.<br><br>Defendant. | Case No. 21-cv-06855-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MORTON SALT, INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Victoria Brown and Heather Blum, by and through their undersigned counsel of record, hereby dismiss their claims against Morton Salt, Inc. with prejudice.

Dated:  December 15, 2021

**BURSOR & FISHER, P.A**.

By:   */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No.191626)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
            bscott@bursor.com

*Attorneys for Plaintiffs*